IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 07-52331 |
| | ) | JUDGE SHEA-STONUM |
| RALPH B. WILLIG | ) | CHAPTER 7 |
| RACHEL P. WILLIG | ) | |
| | ) | |
| DEBTORS | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1.  Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

RALPH & RACHEL WILLIG          $3,353.16
C/O MARC P. GERTZ, ESQ.
11 S. FORGE STREET
AKRON, OH 44304

2.  Trustee's check for $3,353.16, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3.  Nothing further remains to be done in this case.

Date: February 25, 2010                /s/ KATHRYN A. BELFANCE
                                       KATHRYN A. BELFANCE
                                       TRUSTEE

ck # 109

receipt # 81302